UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL SHAWN SCROGGINS,<br><br>              Petitioner,<br><br>v.<br><br>RANDY BLADES,<br><br>              Respondent. | Case No. 1:16-cv-00494-AKB<br>(lead case)<br><br>**JUDGMENT** |
| MICHAEL SHAWN SCROGGINS,<br><br>              Petitioner,<br><br>v.<br><br>STATE OF IDAHO and CANYON COUNTY DISTRICT COURT,<br><br>              Respondents. | Case No. 1:22-cv-00394-AKB<br>(consolidated case) |

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Amended Petition for Writ of Habeas Corpus is DENIED, this action is dismissed with prejudice, and judgment is entered in favor of Respondents. In addition, this case is hereby ordered closed.

DATED: June 27, 2023

_____
Amanda K. Brailsford
U.S. District Court Judge

**JUDGMENT - 1**